IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30917
Conference Calendar
_____


DONNA ANCAR, wife of/and; TROY ANCAR,

                              Plaintiffs-Appellants,

versus

UNITED STATES OF AMERICA,

                              Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-1560
- - - - - - - - - -
April 19, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Donna Ancar and Troy Ancar appeal the judgment of the
district court dismissing their action for damages under the
Public Vessels Act pursuant to Fed. R. Civ. P. 12(b)(6).  They
concede that Supreme Court precedent is adverse to their position
and argue that the prior decisions are flawed in concept and
methodology.  The appeal is without arguable merit and is
dismissed as frivolous.

     APPEAL DISMISSED.

_____

     Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.